**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01002-CV

**DOUGLASS WENTWORTH, Appellant**

**V.**

**LARRY WELSH, Appellee**

On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-09-02448-C

## ORDER

Before the Court is appellant's November 26, 2013 motion for an extension of time to file a brief. Appellant states that he needs an additional document, the April 3, 2013 jury charge, to prepare his brief. On November 24, 2013, appellant requested a supplemental clerk's record containing that document. Accordingly, we **ORDER** John Warren, Dallas County Clerk, to file, **ON OR BEFORE DECEMBER 6, 2013**, a supplemental clerk's record containing the April 3, 2013 jury charge.

We **GRANT** appellant's motion for an extension of time to file a brief. Appellant shall file his brief **ON OR BEFORE DECEMBER 13, 2013**.

/s/    ELIZABETH LANG-MIERS
JUSTICE